UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00331-MO |
| v. | ORDER DISMISSING INFORMATION WITH PREJUDICE |
| TRAVIS WILLIAMS, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss the information with prejudice, and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, Travis Williams, in the above-captioned case, filed on August 11, 2020 be DISMISSED with prejudice.

Dated: March  10 , 2021

*Michael W. Mosman*
HONORABLE MICHAEL W. MOSMAN
United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney


*/s/ Ashley R. Cadotte*
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney